

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00132-CV

**IN THE INTEREST OF U.V., III**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023EM502877
Honorable Nick Catoe Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is **DISMISSED**. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

SIGNED May 7, 2025.

_____
H. Todd McCray, Justice